PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
KAREL ROCHA, SBN 212413
krocha@pnbd.com
JASON MEYER, SBN 299032
jmeyer@pnbd.com
2122 North Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.:    (714) 547-2444
Fax No.:      (714) 835-2889

JS-6

Attorneys for National Union Fire Insurance Company of Pittsburgh Pa., a Pennsylvania Insurance Business Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**, as assignee and subrogee of Fender Musical Instruments Corp.,<br><br>Plaintiff,<br><br>v.<br><br>**NATHANIEL WHITE, JORDAN RIGG, and BRIAN BRITTAIN**,<br><br>Defendants. | Case No. 2:19-cv-06579-JFW-JPRx<br><br>**JUDGMENT** |

After review of Plaintiff's, National Union Fire Insurance Company Of Pittsburgh, PA ("Plaintiff") Application for Default Judgment and with GOOD CAUSE appearing, the Court hereby GRANTS the Application and enters JUDGMENT against Defendants, NATHANIEL WHITE, JORDAN RIGG, and BRIAN BRITTAIN as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

1. Judgment is entered in favor of Plaintiff, National Union Fire Insurance Company Of Pittsburgh, PA, and against Defendants, NATHANIEL WHITE, JORDAN RIGG, and BRIAN BRITTAIN, jointly and severally, as follows:

| | |
|---|---|
| Compensatory/Consequential Damages: | $504,570.00 |
| Attorneys' Fees: | $17,055.20 |
| Costs: | $1,477.40 |
| TOTAL JUDGMENT: | **$523,102.60** |

2. The JUDGMENT shall accrue interest at the highest legal rate from the date of entry of judgment until paid in full.

DATED: July 9, 2020

_____
Honorable Judge of the United States District Court,
Central District of California